# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| DOMINIQUE JOCELYN FLOWERS, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:20-cv-00208-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Acting Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 28, 2021 Memorandum and Order.

May 28, 2021

Frank G. Johns, Clerk
United States District Court